# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13889-AMC

AARON S GARRISON

1925 WEST 69TH AVENUE

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  AARON S GARRISON

  1925 WEST 69TH AVENUE

  PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

  MICHAEL D. SAYLES ESQ
  427 W. CHELTENHAM AV
  SUITE 2
  ELKINS PARK, PA 19027-3291

Date: 12/7/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee