IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Aaron Garrison**           :           CHAPTER  13
                                    :
                                    :
DEBTOR                              :           Bankruptcy No: **17-13889-amc**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Date:  **January 30, 2018**                    Respectfully Submitted,

                                               **\s\ Michael D. Sayles**
                                               Michael D. Sayles
                                               Attorney for Debtor
                                               427 W. Cheltenham Avenue, Suite #2
                                               Elkins Park, PA  19027
                                               215-635-2270 (phone)
                                               215-424-1263 (fax)