# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Aaron S. Garrison<br>    Debtor<br><br>M&T BANK, its successors and/or assigns<br>    Movant<br>  vs.<br><br>Aaron S. Garrison<br>    Debtor<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 17-13889 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of M&T BANK, which was filed with the Court on or about September 13, 2017 Document No. 19.

           Respectfully submitted,

           **/s/ Kevin G. McDonald, Esquire**
           Kevin G. McDonald, Esquire
           kmcdonald@kmllawgroup.com
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           215-627-1322

February 28, 2018