# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-13889-AMC

AARON S GARRISON

1925 WEST 69TH AVENUE

PHILADELPHIA, PA 19138

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  AARON S GARRISON

  1925 WEST 69TH AVENUE

  PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

  MICHAEL D. SAYLES ESQ
  427 W. CHELTENHAM AV
  SUITE 2
  ELKINS PARK, PA 19027-3291

                              /S/ William C. Miller

Date: 6/7/2018                      _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee