United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-13889-amc
Aaron S. Garrison                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Aug 15, 2019
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.
```
db            +Aaron S. Garrison,    1925 West 69th Avenue,    Philadelphia, PA 19138-2601
13972861       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
13929157       Citgo,   Processing Center,    Des Moines, IA 50362-0300
13929160      +GRB Law,    1425 Spruce Street, Suite 100,    Philadelphia, PA 19102-4578
13929161      +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
13929163      +M&T Bank,    4425 Ponce Leon Blvd.,    Miami, FL 33146-1837
13959558       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
13929164       Wells Fargo Card Services,    PO Box 5284,    Carol Stream, IL 60197-5284
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 16 2019 02:57:22      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2019 02:57:15      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13929159       E-mail/Text: megan.harper@phila.gov Aug 16 2019 02:57:22
               City & School District of Philadelphia,    Law Department-Tax Unit,    One Parkway Building,
               1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
13929158      +E-mail/Text: megan.harper@phila.gov Aug 16 2019 02:57:22
               City & School District of Philadelphia,    Law Department-Tax Unit,
               Municipal Services Building,    1401 JFK Blvd, 5th floor,    Philadelphia, PA 19102-1617
13929162       E-mail/Text: camanagement@mtb.com Aug 16 2019 02:56:57      M&T Bank,    PO Box 62182,
               Baltimore, MD 21264-2182
13998807       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2019 03:02:05
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13929442      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2019 03:01:55
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13948213       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2019 02:57:09
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14008430      +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 03:02:03      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Aaron S. Garrison midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
AARON S GARRISON

Debtor     Bankruptcy No. 17-13889-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

8/13/19

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291

Debtor:
AARON S GARRISON

1925 WEST 69TH AVENUE

PHILADELPHIA, PA 19138